JUDSON B. WILDS et al., as Executors of WILLIAM W. SMITH, Deceased, Respondents, *v.* AMZI L. BARBER, Appellant.

(Submitted January 4, 1909; decided January 12, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 664.)

---

MARY A. GUILFOYLE, Appellant, *v.* CATHERINE E. PIERCE et al., Respondents.

Reported below, 125 App. Div. 504.
(Submitted January 4, 1909; decided January 12, 1909.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1908, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

The motion was made upon the ground that pursuant to a written agreement theretofore entered into between the attorneys of the respective parties to the action, the litigation was to terminate with the decision by the Appellate Division.

*John M. Gardner* for motion.

*Franklin Bien* opposed.

Motion denied, with ten dollars costs.